**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1879**

_____

JOHN FITZGERALD BROWN,

            Plaintiff - Appellant,

      v.

THOMAS SUPPLY COMPANY, INCORPORATED,

            Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.  C. Weston Houck, Senior District Judge.  (2:08-cv-03124-CWH)

_____

Submitted:  January 13, 2011          Decided:  January 18, 2011

_____

Before MOTZ, KING, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John Fitzgerald Brown, Appellant Pro Se. Arthur Edward Justice, Jr., Joseph Jakob Kennedy, TURNER PADGET GRAHAM & LANEY, PA, Florence, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Fitzgerald Brown appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of the Defendant in Brown's Title VII action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Brown v. Thomas Supply Co., Inc., No. 2:08-cv-03124-CWH (D.S.C. July 2, 2010).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED